■ STANLEY WOLFSON et al., Appellants, v STATE OF NEW YORK, Respondent. [628 NYS2d 1023] —Appeal from that part of an order of the Court of Claims (Corbett, Jr., P. J.), entered March 15, 1994, which denied claimants' motion for summary judgment.

Order affirmed, upon the opinion of Presiding Judge Donald J. Corbett, Jr.

Cardona, P. J., Mikoll, Mercure, Casey and Peters, JJ., concur. Ordered that the order is affirmed, without costs.